THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**KENDRA RIDDLEBERGER**
(212) 356-4377
kriddleb@law.nyc.gov

September 18, 2026

**BY ECF**

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Cherry, Lamont C. v. the City Of New York, et al, 25 Civ 07477 (JGK)

Dear Judge Koeltl:

I am an Assistant Corporation Counsel in the Office of Corporation Counsel of the City of New York, attorney for the City of New York ("the City"), in the above-referenced case. *Pro se* Plaintiff, Lamont C. Cherry, makes allegations concerning the conditions of his confinement on Rikers Island, a jail operated by the New York City Department of Correction ("DOC"). Pursuant to Your Honor's Individual Practices, I write to respectfully request an adjournment of the pre-motion conference, currently scheduled for September 24, 2026 at 12:00 p.m. (See ECF No. 19).

This is the first request for an adjournment of the conference. As the Plaintiff in this matter is an incarcerated individual, the City is unable to request his consent on these requests. Currently, there are no other scheduled appearances before the Court and this adjournment and extension would not impact any other deadlines. The undersigned is available to participate in a Pre-Motion Conference during the following days and times, and has no reason to believe that Ulster Correction Facility would not be able to produce Plaintiff during these windows:

- Friday, September 25 – available before 4:30 p.m.;
- Monday, September 28 – available before 4:30 p.m.; and
- Friday, October 2 – available at any time before 4:30 pm.

Thank you for your consideration.

ADJOURNED TO MONDAY, SEPTEMBER 28, 2026, AT 2:30PM. THE FACILITY WHERE THE PLAINTIFF IS HOUSED SHALL MAKE THE PLAINTIFF AVAILABLE FOR THE CONFERENCE. DIAL-IN: (646) 453-4442. CONFERENCE ID 675 278 33#. SO ORDERED. [signature] 9/21/26 USDJ

The Clerk should mail a copy of this Order to the plaintiff and note mailing.

Respectfully submitted,

*/s/ Kendra Elise Riddleberger*
KENDRA ELISE RIDDLEBERGER
Assistant Corporation Counsel

**CC:** **VIA USPS MAIL**
Lamont C. Cherry
DIN: 26R2959
750 Berme Road
P.O. Box 800
Napanoch, NY 12458-0800