UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAMONT C. CHERRY,

Plaintiff,

- against -

CITY OF NEW YORK,

Defendant.

25-cv-7477 (JGK)

Order

**John G. Koeltl, District Judge:**

On September 24, 2026, the City advised the Court that the plaintiff was in transit from Ulster Correctional Facility to a different, unknown state facility, and Ulster staff could not then inform the City of where the plaintiff was being transferred so as to permit the plaintiff's production at an upcoming conference. See ECF No. 23. It would appear from the state website cited in the City's September 24, 2026 letter that the plaintiff has now arrived at Fishkill Correctional Facility.

Accordingly, the pre-motion telephone conference scheduled for Monday, September 28, 2026, is **adjourned** to **Tuesday, October 6, 2026, at 11:00 a.m.** The City should inform the Court of any further issues with respect to ensuring the plaintiff's production at that conference.

Dial-in: 646-453-4442, with access code 67527833#.

**SO ORDERED.**

**Dated:** **New York, New York**
**September 25, 2026**

John G. Koeltl
United States District Judge