UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAMONT C. CHERRY,

Plaintiff,

- against -

CITY OF NEW YORK,

Defendant.

25-cv-7477 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The telephone conference scheduled for Tuesday, October 6, 2026, is **adjourned** to **Friday, October 9, 2026, at 2:30 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

**SO ORDERED.**

**Dated:** New York, New York
October 2, 2026

John G. Koeltl
United States District Judge