UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAMONT C. CHERRY,

Plaintiff,

- against -

THE CITY OF NEW YORK, ET AL,

Defendants.

25-cv-7477 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The Court is in receipt of the attached letter from the plaintiff. The Clerk is respectfully requested to update the plaintiff's address on the docket, mail a copy of this Order to the plaintiff at the updated address, and note mailing on the docket.

**SO ORDERED.**

**Dated:** New York, New York
October 6, 2026

John G. Koeltl
United States District Judge

To: Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

From: Lamont C. Cherry Din: 26R2959
Fishkill Correctional Facility
Box 1245
Beacon, New York 12508

Date: September, 26. 2026

Re: Change's of address for Lamont C. Cherry v. the City of New york, et al,
25 Civ 07477.

Dear Judge Koeltl:

Please be advised that I'am no longer at 750 Berme Road P.O. Box 800 Napanoch, N.Y. 12458-0800, known as "ULSTER CORRECTIONAL FACILITY," my new address is the above address now.

RESPECTFULLY SUBMITTED,
Lamont C. Cherry
LAMONT C. CHERRY

CC: Files