UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAMONT C. CHERRY,

Plaintiff,

- against -

THE CITY OF NEW YORK, ET AL,

Defendants.

25-cv-7477 (JGK)

**Order**

**John G. Koeltl, District Judge:**

In view of the defendant City of New York's ("City") letter requesting a pre-motion conference to file a motion to dismiss (ECF Nos. 14), the plaintiff may file an amended complaint by **Friday, October 23, 2026**. If the plaintiff chooses not to file an amended complaint, the defendant City may move to dismiss the complaint—without seeking another pre-motion conference—by **November 13, 2026**. If the defendant City so moves, the plaintiff may respond by **December 4, 2026**. The defendant City may reply by **December 14, 2026**.

If the plaintiff chooses to file an amended complaint, the defendants must answer or move to dismiss the amended complaint—without seeking another pre-motion conference—by **November 20, 2026**. If the defendants move to dismiss the amended complaint, the plaintiff may respond by **December 11, 2026**. The defendants may reply by **December 21, 2026**.

The telephone conference scheduled for **October 9, 2026, at 2:30 p.m.** is **canceled**.

The Clerk is respectfully requested to mail a copy of this Order to the plaintiff and to note mailing on the docket.

**SO ORDERED.**

**Dated:** **New York, New York**
**October 7, 2026**

**John G. Koeltl**
**United States District Judge**