UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAMONT C. CHERRY,

Plaintiff,

- against -

CITY OF NEW YORK, ET AL,

Defendants.

25-cv-7477 (JGK)

Order

John G. Koeltl, District Judge:

The Clerk is respectfully requested to update the case caption on the docket to "Cherry v. The City of New York, et al," to reflect the plaintiff's true last name, and to mail a copy of this Order to the plaintiff and note mailing on the docket.

SO ORDERED.

Dated: New York, New York
October 7, 2026

John G. Koeltl
United States District Judge